**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff(s) <br> v. <br> SAMAN DELAFRAZ <br> Defendant(s) | CASE NUMBER <br> 2:25-mj-05544-1 <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

Saman Delafraz     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute   Matthew Jacobs   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362          *Street Address*          matt@jacobslawfirm.com
*City, State, Zip*                                              *E-Mail Address*

805-601-7504         805-379-1668         331916
*Telephone Number*    *Fax Number*         *State Bar Number*

as attorney of record instead of   Ryan Shelley, Deputy Federal Defender

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY