

BILAL A. ESSAYLI
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Terrorism & Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0759/3825
     Facsimile: (213) 894-2927
     E-mail:   khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:25-mj-05544-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING COMPLAINT AND RELATED DOCUMENTS; DECLARATION OF KHALDOUN SHOBAKI |
| v. | |
| SAMAN DELAFRAZ, and BENJAMIN DANESHGAR, | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies ex parte for an order directing that the complaint, supporting affidavit, and arrest warrants, as well as this ex parte application, the memorandum of points and authorities, the declaration of Khaldoun Shobaki, and this Court's sealing order, be kept under seal until the earlier of (1) the government filing a "Report Commencing Criminal Action" in this matter; (2) the execution of search warrants and the arrests of DELAFRAZ and DANESHGAR which is currently expected to take place on September 16, 2025; or (3) the government determines that these materials are subject to its discovery obligations in connection with

1  criminal proceedings, at which time they may be produced to defense
2  counsel.
3      This ex parte application is based on the attached memorandum of
4  points and authorities, the declaration of Khaldoun Shobaki, and the
5  records and files in this case, including the affidavit in support of
6  a criminal complaint in this matter.
7   Dated: September 8, 2025        Respectfully submitted,

            BILAL A. ESSAYLI
            Acting United States Attorney

            DAVID T. RYAN
            Assistant United States Attorney
            Chief, National Security Division



            _____
            KHALDOUN SHOBAKI
            Assistant United States Attorneys

            Attorneys for Plaintiff
            UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government requests that this Court seal the complaint, supporting affidavit, and arrest warrant, as well as this ex parte application and all supporting documents, to maintain the integrity of this investigation.  Approval from this Court to seal these documents is required under Local Rule 79-5.

The Ninth Circuit has held that district courts have the inherent power to seal affidavits in support of warrants.  In re Sealed Affidavit (Agosto), 600 F.2d 1256 (9th Cir. 1979) (per curiam) (holding that even aside from Federal Rule of Criminal Procedure 41 "courts have inherent power, as an incident of their constitutional function, to control papers filed with the courts within certain constitutional and other limitations"); see also Offices of Lakeside Non-Ferrous Metals, Inc., 679 F.2d 778 (9th Cir. 1982) (citing Agosto).

The Seventh Circuit has rejected the proposition that pre-indictment disclosure of a warrant affidavit is required under either constitutional principles or Federal Rule of Criminal Procedure 41(g).  In re EyeCare Physicians of America, 100 F.3d 514 (7th Cir. 1996).  In doing so, the Seventh Circuit held:

> By the very nature of a secret criminal investigation of this type, the target of an investigation more often than not remains unaware of the specific grounds upon which a warrant was issued.  If preindictment disclosure of sealed warrant affidavits was required to satisfy due process (assuming there has been a predicate deprivation of life, liberty or property), the hands of law enforcement would be needlessly tied and investigations of criminal activity would be made unduly difficult if not impossible.

Id. at 517; accord In re Grand Jury Proceedings, 115 F.3d 1240, 1247 (5th Cir. 1997).

1

Here, for the reasons described in the attached declaration, sealing is necessary to maintain the integrity of the government's investigation.  The government accordingly requests that the complaint, the supporting affidavit, and the arrest warrants, as well as this ex parte application, the memorandum of points and authorities, the declaration of Khaldoun Shobaki, and this Court's sealing order, be kept under seal until further order of the Court, until the execution of search warrants and the arrests of DELAFRAZ and DANESHGAR which is currently expected to take place on September 16, 2025, or until the earliest of the following events: (1) the government files a "Report Commencing Criminal Action" in this matter; (2) the execution of search warrants and the arrests of DELAFRAZ and DANESHGAR which is currently expected to take place on September 16, 2025; or (3) the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be unsealed or produced to defense counsel.

**DECLARATION OF KHALDOUN SHOBAKI**

I, KHALDOUN SHOBAKI, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Saman Delafraz et al.</u>, the complaint in which is being presented to this Court on September 8, 2025.

2. The defendants charged in the above-captioned case have not been taken into custody on the charges contained in the complaint and has not been informed that they are going to be charged. The government anticipates making the charges against defendants public after the execution of search warrants and arrests which I anticipate will occur on September 16, 2025.

3. Accordingly, the government requests that the complaint and sealed documents in this case be sealed and remain so until the defendants are taken into custody on the charges contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, until the government makes a public announcement of the charges, or the United States determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be unsealed or produced to defense counsel.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 8, 2025.

_____
KHALDOUN SHOBAKI

1