# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ~~Melisa Abigail Aguilar Gentes~~ | ) | Case No. 2:25-mj-~~05648~~-DUTY |
| Saman Delafraz | ) | 05544 |
| _Defendant_ | ) | |

**WAIVER OF A PRELIMINARY HEARING**

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: ___9/17/25___

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_


I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter