Ryan Shelley
Deputy Federal Public Defender
321 E 2nd Street
Los Angeles, CA 90012
ryan_shelley@fd.org
213-894-2153

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Saman Delafraz<br><br><br>DEFENDANT. | CASE NUMBER:<br><br>2:25-mj-05544-DUTY<br><br>DECLARATION RE PASSPORT AND<br>OTHER TRAVEL DOCUMENTS |
|---|---|

I, Saman Delafraz                                                          , declare that
   *(Defendant/Material Witness)*

☐  I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑  I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐  I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐  My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___17th___ day of ___September___, 2025
at Los Angeles, California
   *(City and State)*

                                                                                          _____
                                                                                          *Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____                          _____
                                                                          *Interpreter*

CR-37 (05/15)                DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS