# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-mj-05544-1 |
| v. | |
| SAMAN DELAFRAZ | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

[X] The Court hereby orders that the request of:

**Saman Delafraz**
*Name of Party*    [ ] Plaintiff  [X] Defendant  [ ] Other

[X] to substitute **Matthew Jacobs** who is

[X] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

**5743 Corsa Avenue, Suite 208**
**Westlake Village, CA 91362**
*Street Address*
*City, State, Zip*

**matt@jacobslawfirm.com**
*E-Mail Address*

**805-601-7504**    **805-379-1668**    **331916**
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of **Ryan Shelley, Deputy Federal Defender**
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby** [X] GRANTED   [ ] DENIED

[ ] The Court hereby orders that the request of _____
*List all attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** [ ] GRANTED   [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated **September 25, 2025**

*Rozella A. Oliver (signature)*
~~U. S. District Judge~~/U.S. Magistrate Judge

G-01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY